**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-13-394 |
| | § | |
| | § | |
| | § | |
| JOSE LUIS ALVAREZ-MENDEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No 13.).   The

court finds that the interests of justice are served by  granting  this continuance and that those

interests outweigh the interests of the public and the defendants in a speedy trial. The  motion for

continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 20, 2013 |
| Responses are to be filed by: | September 27, 2013 |
| Pretrial conference is reset to**:** | **September 30, 2013 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 7, 2013 at 9:00 a.m.** |

SIGNED on August 26, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge